**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7079**

———————

TERRENCE WRIGHT EL,

             Plaintiff – Appellant,

      v.

CHARLESTON COUNTY GENERAL SESSIONS COURT; SOUTH CAROLINA
UNITED STATES DISTRICT COURT,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  J. Michelle Childs, District Judge.
(1:14-cv-01956-JMC)

———————

Submitted:  November 19, 2015      Decided:  December 4, 2015

———————

Before DUNCAN, WYNN, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Terrence Wright El, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence Wright El appeals the district court's order accepting the recommendation of the magistrate judge in part and dismissing Wright El's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wright El v. Charleston Cty. Gen. Sessions Ct., No. 1:14-cv-01956-JMC (D.S.C. filed June 26, 2015 & entered June 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED